# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

City __Dedham__    **Related Case Information:**

County __Suffolk__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-2230-MBB__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  __Keion J. Rowell__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address  (City & State) __Canton, MA__

Birth date (Yr only): __1999__  SSN (last4#): __4857__  Sex __M__  Race: _____  Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

## U.S. Attorney Information:

AUSA  __Evan J. Gotlob__   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☐ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Norfolk__   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  04/12/2022    Signature of AUSA: *Evan Gotlob*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Evan J. Gotlob

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a)(1) & (b)(2) | Sex Trafficking of a Child | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____